Michael W. Flanigan (AK Bar # 7710144)
FLANIGAN & BATAILLE
1007 W. 3rd Ave, Suite 206
Anchorage, Alaska 99501
Telephone: (907)279-9999
Facsimile: (907)258-3804
E-Mail: mflanigan @farnorthlaw.com

Jeffrey K. Rubin (AK Bar # 8206061)
Henry G. Jones (AK Bar #0604006)
FRIEDMAN | RUBIN
51 University Street, Suite 201
Seattle, WA 98101
Ph: 206-501-4446
Fax: 206-623-0794
E-Mail: jrubin@friedmanrubin.com
E-Mail: hjones@friedmanrubin.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SHARALYN WRIGHT,<br><br>        Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 3:15-CV-96-TMB<br><br>(Consolidated with<br>Case No. 3:16-cv-0046-TMB)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br>**(Fed. R.Civ. P. 41(a)(1)(A)(ii))** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sharalyn Wright

and Defendants Unum Life Insurance Company of America, Case No. 3:15-cv-0096-TMB and

Unum Group, Case No. 3:16-cv-0046-TMB, hereby stipulate to the dismissal with prejudice of each action, with each party to bear its own costs and attorney fees.

DATED this 2nd day of October, 2017.

/s/ Jeffrey K. Rubin

Jeffrey K. Rubin
Friedman | Rubin
For Plaintiff

/s/ Theona Zhordania

Theona Zhordania
Sheppard, Mullin, Richter
 & Hampton, LLP
For Defendants

## CERTIFICATE OF SERVICE

I certify that on October 2, 2017, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this action.

/s/ Gino Pasquale
Gino Pasquale